IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GE CAPITAL CONTAINER FINANCE   \*
CORPORATION
                               \*

           Plaintiff            \*

    vs.                         \*   CIVIL ACTION NO. MJG-00-3344
                               \*
LORENZO SHIPPING CORPORATION,
et al.                          \*

           Defendants           \*

\*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER CLOSING CASE

It appears that the case has been totally inactive since January 11, 2001 and that there remains nothing to resolve.

Accordingly:

1. The Clerk shall CLOSE THE FILE in this case.

2. Plaintiff may move to reopen by March 1, 2002 upon a showing of good cause to do so.

SO ORDERED this 19th day of December, 2001.

_____
Marvin J. Garbis
United States District Judge